# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN PETERSEN, | |
| Plaintiff, | 8:19CV534 |
| vs. | ORDER |
| MASONITE CORPORATION, | |
| Defendant. | |

This matter is before the Court following a telephone conference held with counsel for the parties before the undersigned magistrate judge on August 3, 2020. Defendant requested the call to discuss Plaintiff's failure to provide full and complete discovery responses and answers to interrogatories. In accordance with the discussion held during the conference,

**IT IS ORDERED:**

1) Plaintiff shall have until **August 17, 2020**, to provide Defendant with supplemental answers to interrogatories and documents responsive to Defendant's outstanding discovery requests. Failure to timely comply with this order may result in the imposition of appropriate sanctions under Rule 37 of the Federal Rules of Civil Procedure.

2) On or before **August 17, 2020**, the parties shall provide the undersigned magistrate judge with a jointly proposed protective order or request entry of the court's standard protective order.

Dated this 3rd day of August, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge