# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN PETERSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>MASONITE CORPORATION,<br><br>          Defendant. | 8:19CV534<br><br>ORDER |

This matter is before the Court following a telephone conference held with counsel for the parties before the undersigned magistrate judge on September 11, 2020. In accordance with the discussion held during the conference,

**IT IS ORDERED:**

1) On or before **September 15, 2020**, Plaintiff shall provide Defendant with the requested medical records releases and supplemental answers to interrogatories and documents responsive to Defendant's outstanding discovery requests as discussed during the telephone conference. Defendant is granted leave to file a motion for appropriate sanctions under Rule 37 of the Federal Rules of Civil Procedure if Plaintiff fails to do so.

2) Plaintiff is granted leave to serve 10 additional interrogatories upon Defendant, not to exceed 35 total including sub-parts, and must be based upon Defendant's service of initial mandatory disclosure documents yesterday.

3) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is extended to **October 16, 2020**. Motions to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **October 30, 2020**.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

Dated this 11th day of September, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge